**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF CRIMINAL JUSTICE
PO BOX 086
TRENTON, NJ 08625-0086
TELEPHONE: (609) 984-6500   E-MAIL: DCJAPPELLATE@NJDCJ.ORG

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lieutenant Governor*

PAULA T. DOW
*Attorney General*

STEPHEN J. TAYLOR
*Director*

March 29, 2010

The Honorable Camelia M. Valdes
Passaic County Prosecutor
401 Grand Street
Paterson, New Jersey 07505

      Re:  <u>George Bratsenis v. Larry Glover</u>
           Civil Action No. 09-3429(DMC)

Dear Prosecutor Valdes:

    Enclosed please find a petition for writ of habeas corpus. We are referring this matter to your office to represent the State (<u>i.e.</u>, the respondents). **The State's answer is due May 7, 2010.**

    Because your office handled the previous appeals, you should already have the prior record in this case. If not, please contact our office and we will try and assist you in obtaining the necessary documents.

    Please advise if I can be of any further assistance. Thank you.

                                    Very truly yours,

                                    Paul H. Heinzel, DAG
                                    Chief, Appellate Bureau

PHH/as
enclosure
c:/William T. Walsh, Clerk, United States District Court(w/o encl.)
   Michelle Hammel, Director of External Affairs
      Department of Corrections(w/o encl.)
   George Bratsenis #203120/841908A, <u>pro se</u>(w/o encl.)

RECEIVED
APR 0 1 2010
AT 8:30
WILLIAM T



*New Jersey Is An Equal Opportunity Employer · Printed on Recycled Paper and is Recyclable*

Department of Law & Public Safety
Division of Criminal Justice
Appellate Bureau
25 Market Street - Box 086
Trenton, New Jersey 08625-0086



MAR 24 2010
US POSTAGE
FIRST CLASS
$0.44
MAILED FROM 08625
01/A04 1002/656

William T. Walsh, Clerk
United States District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101